FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 3 2009

GREGORY C. LANGHAM
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____ **09CV02269 — Bnb** _____

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

DEREK W. BARRINGER, #33693-013,

      Plaintiff,

v.

MARTY C. ANDERSON, Warden of MCFP Springfield,
MICHAEL K. NALLEY, BOP Regional Director,
HARRELL WATTS, Administrator of National Inmate Appeals,
TIFFANY FARMER, Legal Instruments Examiner, and
DELBERT G. SAUERS, Cheif [sic] of Designation and Sentence Computation,

      Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Prisoner Complaint.  He has failed either to pay the
$350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed
Pursuant to 28 U.S.C. § 1915.  As part of the court's review pursuant to
D.C.COLO.LCivR 8.2, the court has determined that the submitted document is
deficient as described in this order.  Notwithstanding the deficiencies, the clerk of the
court will be directed to commence a civil action.  Plaintiff will be directed to cure the
following if he wishes to pursue his claims.  Any papers which the Plaintiff files in
response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

| | | |
|---|---|---|
| (1) | X | is not submitted |
| (2) | ___ | is missing affidavit |
| (3) | X | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing |
| (4) | ___ | is missing certificate showing current balance in prison account |
| (5) | ___ | is missing required financial information |
| (6) | ___ | is missing an original signature by the prisoner |
| (7) | ___ | is not on proper form (must use the court's current form) |
| (8) | ___ | names in caption do not match names in caption of complaint, petition or habeas application |
| (9) | ___ | An original and a copy have not been received by the court. Only an original has been received. |
| (10) | X | other:  Motion is necessary only if filing fee is not paid in advance. |

**Complaint, Petition or Application**:

| | | |
|---|---|---|
| (11) | ___ | is not submitted |
| (12) | ___ | is not on proper form (must use the court's current form) |
| (13) | ___ | is missing an original signature by the prisoner |
| (14) | ___ | is missing page nos. ___ |
| (15) | ___ | uses et al. instead of listing all parties in caption |
| (16) | ___ | An original and a copy have not been received by the court.  Only an original has been received. |
| (17) | ___ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | ___ | names in caption do not match names in text |
| (19) | ___ | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _22ᵈ_ day of _September_ , 2009.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.     09CV02269

Derek W. Barringer
Prisoner No.  33693-013
Jefferson County Jail
P.O. Box 16700
Golden, CO 80402-6700

　　　　I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915** to the above-named individuals on____*9/23/09*____

GREGORY C. LANGHAM, CLERK

By:_____
　　　　　　　Deputy Clerk